UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

GORDON CASEY and DUANE SKINNER, individually and on behalf of all others similarly situated,

                  Plaintiffs,

v.

CITIGROUP, INC.; CITIBANK, N.,A.; CITIMORTGAGE, INC.;
MIDFIRST BANK, N.,A. d/b/a MIDLAND MORTGAGE; and FIRSTINSURE, INC.,

                  Defendants.

**ORDER**

Civil Action No.:   5:12-CV-820
                          (DNH/DEP)

Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern District of New York, Stephanie H. Jackman, Esq. is hereby accepted for Pro Hac Vice Admission to practice in the United States District Court for the Northern District of New York for the above-captioned matter.

IT IS SO ORDERED:

*/s/ David E. Peebles*
David E. Peebles
U.S. Magistrate Judge

Dated:   8/13/12