1622 LOCUST STREET   |   PHILADELPHIA, PA 19103-6305   |   PHONE: 215/875-3000   |   FAX: 215/875-4604   |   WWW.BERGERMONTAGUE.COM

# Berger Montague, P.C.

SO ORDERED:

/s/ David N. Hurd
DAVID N. HURD
United States District Judge
Dated: 2/5/14
Utica, NY

Shanon J. Carson
WRITER'S DIRECT DIAL | 215/875-4656
WRITER'S DIRECT FAX | 215/875-4604
WRITER'S DIRECT E-MAIL | scarson@bm.net

February 4, 2014

**VIA CM/ECF**

Hon. David E. Peebles
U.S. Magistrate Judge
100 South Clinton Street
Syracuse, New York 13261

Re: *Casey, et al. v. Citibank, N.A., et al.*, No.: 5:12-cv-820 (DHN/DEP)
    *Coonan v. Citibank, N.A., et al.*, No.: 1:13-cv-353 (DHN/DEP)

Dear Judge Peebles:

We are writing on behalf of Plaintiffs to respectfully request an extension of the page limit applicable to Plaintiffs' Motion for Preliminary Approval that will be filed tomorrow, February 5, 2014. Pursuant to the Local Rules in this District, Plaintiffs' memorandum of law is limited to 25 pages. Plaintiffs respectfully request that the Court extend the page limit applicable to Plaintiffs' memorandum of law to 35 pages.

Plaintiffs have met and conferred with Defendants and Defendants do not oppose this request.

Respectfully submitted,

/s/Shanon J. Carson
Shanon J. Carson
Counsel for Plaintiffs

Cc: All counsel of record by CM/ECF