IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GORDON CASEY and DUANE SKINNER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>CITIGROUP, INC., CITIBANK, N.A., CITIMORTGAGE, INC., MIDFIRST BANK, N.A. d/b/a MIDLAND MORTGAGE, and FIRSTINSURE, INC.,<br><br>    Defendants. | Civil Case No. 5:12-cv-820<br>(DNH/DEP) |
| CELESTE COONAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>CITIBANK, N.A., CITIMORTGAGE, INC., ASSURANT, INC., AMERICAN SECURITY INSURANCE COMPANY, and STANDARD GUARANTY INSURANCE COMPANY,<br><br>    Defendants. | Civil Case No. 1:13-cv-353<br>(DNH/DEP) |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT**

  Plaintiffs Gordon Casey, Duane Skinner, and Celeste Coonan (collectively, "Plaintiffs") in the above-captioned actions, on behalf of themselves and the class members that they seek to represent, respectfully move this Court to enter an Order: (1) preliminarily approving the Class Action Settlement Agreement ("Settlement Agreement") attached as Exhibit 1 to the Declaration of Kai Richter; (2) approving the proposed Notices of Settlement, and authorizing distribution of the Notices via first class mail and by publication as specified in the Settlement Agreement; (3)

1

certifying the proposed Settlement Classes set forth in the Settlement Agreement; (4) designating Plaintiffs' Counsel as Class Counsel; (5) designating Plaintiffs as class representatives; and (6) scheduling a final approval hearing.  The motion is based on the points and authorities cited in Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement; the contemporaneously-filed declarations of Kai Richter, Gordon Casey, Duane Skinner, and Celeste Coonan; the arguments of counsel; and all files, records and proceedings in this matter.  Defendants support this motion.

| | |
|---|---|
| Dated: February 5, 2014 | */s/ Kai Richter* |
| | Kai Richter, Bar Roll No. 517574* |
| | E. Michelle Drake, Bar Roll No. 517575* |
| | Joseph C. Hashmall, Bar Roll No. 518376* |
| |    *(admitted *pro hac vice*) |
| | **NICHOLS KASTER, PLLP** |
| | 4600 IDS Center |
| | 80 South Eighth Street |
| | Minneapolis, MN 55402 |
| | Telephone: (612) 256-3200 |
| | Fax: (612) 215-6870 |
| | Email: krichter@nka.com |
| |           drake@nka.com |
| |           jhashmall@nka.com |
| | |
| | **BERGER & MONTAGUE, P.C.** |
| | Shanon J. Carson, Bar Roll No. 303059 |
| | Sarah R. Schalman-Bergen* |
| | Patrick F. Madden |
| |    *(admitted *pro hac vice*) |
| | 1622 Locust Street |
| | Philadelphia, PA 19103 |
| | Telephone: (215) 875-4656 |
| | Facsimile: (215) 875-4604 |
| | Email: scarson@bm.net |
| |           sschalman-bergen@bm.net |
| |           pmadden@bm.net |
| | |
| | **GILMAN LAW, LLP** |
| | Kenneth G. Gilman (admitted *pro hac vice*) |
| | Beachway Professional Center Tower |

        3301 Bonita Beach Road, Suite 202
        Bonita Springs, FL 34134
        Telephone: (239) 221-8301
        Facsimile: (239) 676-8224
        Email: kgilman@gilmanlawllp.com

        **TAUS, CEBULASH & LANDAU, LLP**
        Brett Cebulash, Bar Roll No. 517930
        Kevin S. Landau, Bar Roll No. 517929
        80 Maiden Lane, Suite 1204
        New York, NY 10038
        Telephone: (212) 931-0704
        Facsimile: (212) 931-0703
        Email: bcebulash@tcllaw.com
           klandau@tcllaw.com

        ***ATTORNEYS FOR PLAINTIFFS AND THE PROPOSED SETTLEMENT CLASSES***