IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GORDON CASEY and DUANE SKINNER, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>CITIGROUP, INC., CITIBANK, N.A., CITIMORTGAGE, INC., MIDFIRST BANK, N.A. d/b/a MIDLAND MORTGAGE, and FIRSTINSURE, INC.,<br><br>        Defendants. | Civil Case No. 5:12-cv-820<br>(DNH/DEP) |

### NOTICE OF PLAINTIFF'S MOTION
### FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE:

| | |
|---|---|
| Motion By: | Nichols Kaster, PLLP, Berger & Montague, P.C., and Taus, Cebulash & Landau, LLP<br>*Attorneys for Plaintiff Gordon Casey and the Settlement Class* |
| Return Date: | September 26, 2014 at 10:00 a.m. before the Honorable David N. Hurd, U.S. District Judge for the Northern District of New York. |
| Supporting Papers: | Memorandum of Law in Support of Plaintiff's Motion for Final Approval of Class Action Settlement; Declaration of L. Stephen Tilghman; Declaration of Kai Richter; Declaration of Shanon Carson. |
| Relief Requested: | An order, pursuant to Fed. R. Civ. P. 23, (1) granting final approval of the Class Action Settlement Agreement ("Settlement Agreement") between Plaintiff and Defendants MidFirst Bank and FirstInsure, Inc. (the "MidFirst Defendants"); (2) certifying the Settlement Class, as defined in the Settlement Agreement, for settlement purposes; (3) finding that the Notice of Class Action Settlement provided in this action satisfies the requirements of due process and Fed. R. Civ. P. 23; (4) finding that the Settlement Agreement is fair, reasonable and adequate to the Settlement Class, and that each Settlement Class Member who did not submit a timely and valid request to opt-out of the Settlement shall be bound by the |

1

|  |  |
|---|---|
| | Settlement Agreement; (5) dismissing on the merits and with prejudice all claims asserted in the Action on behalf of the Settlement Class against the MidFirst Defendants; (6) permanently enjoining each and every Settlement Class Member (excluding those Settlement Class Members who submitted a timely and valid request to opt-out), and any person actually or purportedly acting on their behalf, from bringing, joining, or continuing to prosecute against the MidFirst Defendants any action asserting the Released Claims; and (7) retaining jurisdiction of all matters relating to the interpretation, administration, implementation, effectuation, and enforcement of the Settlement. |
| Answering Papers: | The requested relief is unopposed by the MidFirst Defendants, and no Settlement Class member has filed an objection to the requested relief in response to the Class Notice. |

Dated: September 12, 2014                 /s/ Kai Richter
                                          Kai Richter, Bar Roll No. 517574*
                                          E. Michelle Drake, Bar Roll No. 517575*
                                          Joseph C. Hashmall, Bar Roll No. 518376*
                                             *(admitted pro hac vice)
                                          **NICHOLS KASTER, PLLP**
                                          4600 IDS Center
                                          80 South Eighth Street
                                          Minneapolis, MN 55402
                                          Telephone: (612) 256-3200
                                          Fax: (612) 215-6870
                                          Email: krichter@nka.com
                                                 drake@nka.com
                                                 jhashmall@nka.com

                                          **BERGER & MONTAGUE, P.C.**
                                          Shanon J. Carson, Bar Roll No. 303059
                                          Sarah R. Schalman-Bergen*
                                          Patrick F. Madden
                                             *(admitted pro hac vice)
                                          1622 Locust Street
                                          Philadelphia, PA 19103
                                          Telephone: (215) 875-4656
                                          Facsimile: (215) 875-4604
                                          Email: scarson@bm.net
                                                 sschalman-bergen@bm.net
                                                 pmadden@bm.net

                                          **TAUS, CEBULASH & LANDAU, LLP**
                                          Brett Cebulash, Bar Roll No. 517930
                                          Kevin S. Landau, Bar Roll No. 517929

80 Maiden Lane, Suite 1204
New York, NY 10038
Telephone: (212) 931-0704
Facsimile: (212) 931-0703
Email: bcebulash@tcllaw.com
klandau@tcllaw.com

***ATTORNEYS FOR PLAINTIFF AND THE SETTLEMENT CLASS***